OSCAR M. LEUS  CSBN 157650
OSCAR M. LEUS LAW CORPORATION
23517 South Main Street, Suite 107
Carson, CA 90745
Tel: 310-835-8259
Fax: 310-835-0538
Attorney for Debtor TSUTOMU WAKAI

FILED
MAY 05 2011
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br>TSUTOMU WAKAI, Debtor.<br> Movant,<br><br>v.<br><br>J.P. MORGAN CHASE BANK,<br>N.A., Second Trust Deed Lender<br>Respondent | Case Number: 2:11-bk-17014-VZ<br><br>**NOTICE OF HEARING AND MOTION FOR ORDER TO AVOID LIEN OF SECOND TRUSTEE DEED HOLDER (J.P. Morgan Chase Bank, N.A.) UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)**<br><br>DATE: May 31, 2011<br>TIME: 10:00 A.M.<br>CTRM: 1368<br>JUDGE: VINCENT P. ZURZOLO |

TO THE HONORABLE JUDGE VINCENT P. ZURZOLO, NANCY K. CURRY,

CHAPTER 13 TRUSTEE, J.P. MORGAN CHASE BANK, N.A., and all other interested

parties:

NOTICE IS HEREBY GIVEN that on May 31, 2011 at 10:00A.M., United States

Bankruptcy Court - Central District of California, Edward R. Roybal Federal Building and

Courthouse, 255 E. Temple Street, Suite 1360 / Courtroom 1368, Los Angeles, CA 90012,

---

**NOTICE OF HEARING AND MOTION FOR
ORDER TO AVOID LIEN OF SECOND
TRUSTEE DEED HOLDER (J.P. Morgan Chase Bank, N.A.)**

1

debtor TSUTOMU WAKAI, will move this court for an order avoiding the lien of second trust deed holder J.P. MORGAN CHASE BANK, N.A., from debtors' real estate located at 14118 Orizaba Avenue, #7, Paramount, CA 90723-2698, under 11 U.S.C. Section 506(a), on the basis that the said lien is wholly unsecured.

Pursuant to Local Bankruptcy Rule 9013-1(f) any opposition to this Motion must be filed and served on debtors and debtors' counsel no later than fourteen (14) days prior to the above hearing date. Failure to file a timely response to this Motion may result in a waiver of your right to oppose the Motion and the Court may grant the requested relief without further notice to you. The Court has jurisdiction to hear this matter pursuant to 28 U.S.C. Sections 157 and 1334. TSUTOMU WAKAI the debtor in this Chapter 13 Case, is an interested party and has standing to bring this Motion.

## FACTS

This case was commenced by the filing of a voluntary petition under Chapter 7 of the Bankruptcy Code (11 U.S.C.) on March 10, 2011 and upon motion of Debtor was converted to a Chapter 13 case on

APRIL 25, 2011 by order of this honorable court. At that time, debtor owned and resided in the real property located at 14118 Orizaba Avenue, #7, Paramount, CA 90723-2698 (TR=50013 LOT 1 CONDO UNIT 7, in the City of Paramount, County of Los Angeles, State of California and Assessors Parcel Number 6265-016-048). The legal description of the real property is:

PARCEL 1:

---

NOTICE OF HEARING AND MOTION FOR
ORDER TO AVOID LIEN OF SECOND
TRUSTEE DEED HOLDER (J.P. Morgan Chase Bank, N.A.)

2

A condominium comprised of:

(A) an undivided 1/9th interest in and to lot 1 of tract no. 50013, in the City of Paramount, County of Los Angeles, State of California, as per map recorded in book 1177 pages 60 and 61 of maps, in the office of the county recorder of said county.

Except units 1 to 9 inclusive as shown and defined on the condominium plan recorded August 30, 1991 as instrument no. 91-1372822, official records.

(B) Unit 7 as shown and defined on the condominium plan above mentioned.

PARCEL 2:

An exclusive easement for parking purposes if any over those areas bearing the same number designation as the above unit number as shown and defined on the condominium plan above mentioned.

The fair market value of the property as of the time the petition was filed was $145,000.00 (See Debtors Declaration, attached hereto as Exhibit 1 and incorporated by reference). The property secured two loans. The first loan is secured by a trust deed held by WELLS FARGO HOME LOANS in the amount of $195,837.20.00 (See Schedule D and A, and Monthly Billing Statement for account number 005922629 attached hereto as Exhibits 2 and 3, respectively, and incorporated herein by reference). The second loan is secured by a trust deed held by J.P. MORGAN CHASE BANK, N.A., in the amount of $119,000.00 (See Monthly Billing Statement for account number 0754441467 letter from BIANA HAMADY, Shermeta, Adams & Von Allmen, P.C., Agents for J.P. Morgan Chase Bank, N.A., P.O. Box

---

NOTICE OF HEARING AND MOTION FOR
ORDER TO AVOID LIEN OF SECOND
TRUSTEE DEED HOLDER (J.P. Morgan Chase Bank, N.A.)

3

80908, Rochester Hills, MI 48308), attached hereto as Exhibit 4, and incorporated herein by reference.

## ARGUMENT

Section 506(a) of the U.S. Bankruptcy Code provides that a secured claim is secured only to the extent of the value of the collateral, and unallowed secured claims are void. This section has generated much controversy in Chapter 13 cases because 11 U.S.C. Section 1322(b)(2), which prohibits a modification of the rights of holders of claims secured only by the debtor's principal residence. However, the Ninth Circuit Bankruptcy Appellate Panel held in Lam v. Investors Thrift (In re Lam), 211 B.R. 36 (9th Cir. B.A.P. 1997), that the protection of section 1322(b)(2) does not apply to holders of totally unsecured claims. This was upheld in Zimmer v. PSB Lending Corp. (In re Zimmer), 313 F.3d 1220 (9th Cir. 2002). Thus, if a debtor can demonstrate that the value of his principal residence is less than senior liens, a junior lien will be determined to be wholly unsecured and thus subject to being avoided.

In this case, the value of the debtors' residence is $145,000.00. (See Exhibit 1). The first lien against the property is $195,837.20.00, an amount that is more than the value of the property. The second lien of J.P MORGAN CHASE BANK N.A. is thus wholly unsecured and can be avoided or "stripped".

Based on the foregoing, debtor TSUTOMU WAKAI, request an order of this Court as follows:

NOTICE OF HEARING AND MOTION FOR
ORDER TO AVOID LIEN OF SECOND
TRUSTEE DEED HOLDER (J.P. Morgan Chase Bank, N.A.)

4

1. That the lien of Respondent J.P. MORGAN CHASE BANK N.A. for $119,000.00, secured by debtors' real property located at 14118 Orizaba Avenue, #7, Paramount, CA 90723-2698 be determined to be completely unsecured and void; and

2. That any corresponding proof of claim filed by J.P. MORGAN CHASE BANK N.A. for the second lien of $119,000.00, be deemed a general unsecured claim with debtors' Chapter 13 plan; and

3. Should this case be dismissed or converted to any other chapter under Title 11 prior to the completion of the plan and entry of discharge, said lien will remain a valid encumbrance against the real property absent further order of this Court; and

4. For other relief as the Court deems proper.

Dated: May 5, 2011

_____
OSCAR M. LEUS, ESQ.
Attorney for Debtors

---

NOTICE OF HEARING AND MOTION FOR
ORDER TO AVOID LIEN OF SECOND
TRUSTEE DEED HOLDER (J.P. Morgan Chase Bank, N.A.)

5

# PROOF OF SERVICE

**STATE OF CALIFORNIA** )
) ss.
**COUNTY OF LOS ANGELES** )

I am employed in the aforesaid county; I am over the age of eighteen years and not a party to the within entitled action.

BY MAIL: I deposited the **NOTICE OF HEARING AND MOTION FOR ORDER TO AVOID LIEN OF SECOND TRUSTEE DEED HOLDER (J.P. Morgan Chase Bank, N.A.)** in the United States mail in a sealed envelope with postage fully prepaid. The envelope was addressed as follows:

NANCY K. CURRY, TRUSTEE
606 South Olive Street,
Suite 950
Los Angeles, CA 90014

BIANA HAMADY. ESQ.
Shermeta, Adams & Von Allmen, P.C.
Agents for J.P. Morgan Chase Bank, N.A.
Rochester Hills, MI 48308

WELLS FARGO HOME MORTGAGE
P.O. Box 10335
Des Moines, IA 50306

TSUTOMU WAKAI
14118 Orizaba Avenue, #7
Paramount, CA 90723-2698

Date of mailing: May 5, 2011
Place of mailing: 23517 s. Main St., #107, Carson, CA 90745

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on: _____

_____
CHONA MARIE R. LEUS

---

NOTICE OF HEARING AND MOTION FOR
ORDER TO AVOID LIEN OF SECOND
TRUSTEE DEED HOLDER (J.P. Morgan Chase Bank, N.A.)

6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

# EXHIBIT 1

24

25    NOTICE OF HEARING AND MOTION FOR    6
ORDER TO AVOID LIEN OF SECOND
26    TRUSTEE DEED HOLDER (J.P. Morgan Chase Bank, N.A.)

Trulia Mobile | For Professionals

**trulia**  Paramount, CA       HOMES ▼   Buy   Rent   Advice   Mortgage   Local Info   Find a Pro      SIGN UP | Log in  Help

100s of Trustee Sale Auction Homes Matched Your Criteria. View NOW! »

### 14118 Orizaba Avenue #7, Paramount CA 90723        « Back to results    Prev    Next

**Home Facts**   Map & Nearby   Refinance   Comparables   Sales Trends   Schools

Status: **Off Market**
Bedrooms: **3**
Bathrooms: **2**
Property type: **Condominium (Residential)**
Size: **1,083 sqft**
Lot: —
Year built: **1990**
Nearby School: **Buena Vista High...** Nearby schools
Zip: **90723**

☑ Check Your Credit Before You Buy!

View large map

Edit home facts    Follow home    Share    More

**Description provided by Trulia**
This is a Condo located at 14118 Orizaba Avenue #7, Paramount CA. 14118 Orizaba Ave #7 has 3 beds, 2 baths, and approximately 1,083 square feet. The property was built in 1990. The average list price for similar homes for sale is $138,875 and the average sales price for similar recently sold homes is $114,064. 14118 Orizaba Ave #7 is in the 90723 ZIP code in Paramount, CA. The average list price for ZIP code 90723 is $186,005.

 **Make your house hunt mobile**  Get Trulia's mobile apps for FREE  iPhone | iPad | Android

### Public Records for 14118 Orizaba Ave #7
Official property, sales, and tax information from county (public) records as of 09/2010:

- Condominium (Residential)
- 1,083 sqft
- Heating: Central
- Tax Rate Code Area: 7-290
- 3 Bedrooms
- Built In 1990
- 1 Unit
- 2 Bathrooms
- A/C: Central
- County: Los Angeles

### Property Taxes for 14118 Orizaba Ave #7

| Year | Value | Land | | Improvements | | Total | Tax |
|---|---|---|---|---|---|---|---|
| 2010 | Assessed | $33,900 | + | $104,700 | = | $138,600 | $1,865 |

Source: Public Records

### Sold Homes near 14118 Orizaba Ave #7

| Address | Distance | Property Type | Sold price | Sold date | Bed | Bath | Sqft |
|---|---|---|---|---|---|---|---|
| 7327 Exeter St #110, Paramount CA | 0.79 mi | — | $105,000 | 03/29/11 | 3 | 2 | 1,042 |
| 15138 Orange Ave #B, Paramount CA | 1.31 mi | — | $113,184 | 04/12/11 | 3 | 2 | 1,099 |
| 8538 Elburg St #C, Paramount CA | 0.38 mi | — | $129,000 | 03/08/11 | 3 | 2 | 1,193 |
| 8643 Rosecrans Ave #D, Paramount CA | 0.49 mi | — | $99,200 | 03/22/11 | 2 | 2 | 1,178 |
| 14819 Downey Ave #105, Paramount CA | 0.53 mi | — | $128,000 | 03/15/11 | 2 | 2 | 968 |

View all homes similar to 14118 Orizaba Avenue #7, Paramount CA »

### What Trulia users think of this area

Overall area rating:        Rate this area:        Rate it
   Average                   Rate these categories:
Top rated categories:
   Pet-friendly

---

**auction.com** Starting at 9am
**3 PUBLIC TRUSTEE SALE AUCTIONS**
San Bernardino • MAY 24
Riverside County • MAY 25
Los Angeles County • MAY 26

Want your ad here?

### Homes you might like...        Alert


8539 Elburg St #A, Paramount CA
**$170,000**
3 br / 2 ba
1,131 sqft
Condo
5 photos


8506 Elburg St #B, Paramount CA
**$120,000**
3 br / 2 ba
1,193 sqft
Condo
2 photos


8539 Elburg St #A, Paramount CA
**$136,800**
3 br / 2 ba
1,131 sqft
Condo
7 photos


8562 Century Blvd #B, Paramount CA
**$140,000**
3 br / 1 full, 1 partial ba
1,002 sqft
Condo


13917 McClure Ave #8, Paramount CA
**$160,000**
3 br / 2 full, 1 partial ba
1,328 sqft
Townhome
27 photos

View all homes near 14118 Orizaba Ave #7 »

**Resource Center**        Sponsored

| | | | | |
|---|---|---|---|---|
| Safety | Restaurants & Shopping | Safety | | Rate it |
| | Walkability | Pet-friendly | | Rate it |
| Total ratings: 55 | View all ratings | Walkability | | Rate it |
| | Last updated 11 hours ago | Restaurants & Shopping | | Rate it |

Check Your 3 Credit Scores before you Buy – Free for 7 Days

Save up to 40% on car insurance. State Farm® Discount Double Check™



Map of 14118 Orizaba Ave #7                View large map »

Real estate search on the go
Download Trulia's free iPhone App

**Got a question?**

Recent Q&A in Paramount, CA

Q: What is the first step to put your manufactured home up for sell? **2 answers**

Q: What is the first step into buying a home? When do you know that you are ready? **5 answers**

Q: Are Agents generally unresponsive? A month ago I got approved for a small home ... **9 answers**

Q: 2-1 Buydowns & closing? **3 answers**

...munity and get an answer

**ASK**

☞ Walk in with confidence. Preapproval from Wells Fargo Home Mortgage»

**More Advice:**
Recent Q&A in Paramount, CA
Recent blog posts in Paramount, CA
Find a real estate professional Paramount, CA

| Schools near 14118 Orizaba Ave #7 | Elementary | Middle | High |
|---|---|---|---|
| School name | Type | Rating* | Distance** |
| Paramount Park School | Public | 3.5 | 0.34 mi |
| Personally, I think this school is awful my daughter attended this school for 5 years and never did they know she had a learning... | | | |
| Theodore Roosevelt School | Public | 2.5 | 0.45 mi |
| theodore roosevelt has good students and they are smart and staff are cool they are like the people that make us safe thats... | | | |
| Harry Wirtz School | Public | 3.5 | 0.48 mi |
| Cons: The location of the school is in a terrible location. Which right across from a refinery VERY BAD choice of location... | | | |
| Our Lady Of The Rosary School | Catholic | | 0.48 mi |
| Abraham Lincoln School | Public | 5 | 0.79 mi |
| Best school. We do alot of work and have good scores on tests. | | | |

View all schools in Paramount Unified School District »

* Rating scores vary from 1 (lowest) to 5 (highest)
** Proximity to this address does not guarantee enrollment eligibility. Please contact a local real estate pro for more info

School information provided by OnBoard Informatics Copyright (c) 2008. Information is deemed reliable but not guaranteed.

Copyright © 2011 Trulia, Inc. All rights reserved.   |   🏠 Fair Housing and Equal Opportunity

Help us improve our service—send us feedback

# DECLARATION

I, TSUTOMU WAKAI, of legal age and presently residing at 14118 Orizaba Avenue, #7 Paramount, CA 90723-2698, hereby declare that:

1. I am the owner of a condo unit which is my primary residence located at 14118 Orizaba Avenue, #7 Paramount, CA 90723-2698.

2. The 1st Trust Deed Loan from Wells Fargo Bank on the property was modified on December 1, 2010 for the amount of $197,788.25.

3. I then made a 2nd trust deed loan from J.P. Morgan Chase Bank N.A. secured by the condo property located at 14118 Orizaba Avenue, #7 Paramount, CA 90723-2698.

4. The outstanding balance as of today of this 2nd trust deed loan is $119,000.00.

5. However, because of the decline in real estate values, the condo property is now only worth $145,000.00.

6. This current market value is based on the professional assessments of local real estate agents, and online real estate pricing guides like www.zillow.com, www.trulia.com, and www.redfin.com.

7. Based on the opinions of other real estate professionals who have seen my condo unit, the current market value of $145,000.00 is an accurate appraisal of the property's value.

8. If I will have to pay a professional real estate appraiser which will charge me no less than $2,000.00 for the appraisal, the same current market value will be given.

9. Because of my present financial situation, I can not afford to pay the services of professional real estate appraisers and have to depend on the free appraisal of real estate agents and the services of online real estate websites.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: May 5, 2011

_____
TSUTOMU WAKAI

DECLARATION OF TSUTOMU WAKAI    1

# PROOF OF SERVICE

**STATE OF CALIFORNIA** )
) ss.
**COUNTY OF LOS ANGELES** )

I am employed in the aforesaid county; I am over the age of eighteen years and not a party to the within entitled action.

BY MAIL: I deposited the **NOTICE OF HEARING AND MOTION FOR ORDER TO AVOID LIEN OF SECOND TRUSTEE DEED HOLDER (J.P. Morgan Chase Bank, N.A.)** in the United States mail in a sealed envelope with postage fully prepaid. The envelope was addressed as follows:

NANCY K. CURRY, TRUSTEE
606 South Olive Street,
Suite 950
Los Angeles, CA 90014

BIANA HAMADY. ESQ.
Shermeta, Adams & Von Allmen, P.C.
Agents for J.P. Morgan Chase Bank, N.A.
Rochester Hills, MI 48308

WELLS FARGO HOME MORTGAGE
P.O. Box 10335
Des Moines, IA 50306

TSUTOMU WAKAI
14118 Orizaba Avenue, #7
Paramount, CA 90723-2698

Date of mailing: May 6, 2011
Place of mailing: 23517 s. Main St., #107, Carson, CA 90745

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on: 5/5/2011

CHONA MARIE R. LEUS

---

NOTICE OF HEARING AND MOTION FOR
ORDER TO AVOID LIEN OF SECOND
TRUSTEE DEED HOLDER (J.P. Morgan Chase Bank, N.A.)

7