| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Oscar M. Leus, Esq.<br>Oscar M. Leus Law Corporation<br>23517 S. Main Street, Suite 107<br>Carson, CA 90745<br>310-835-8259 Fax: 310-835-0538<br>California State Bar Number: 157650<br><br>☒ Attorney for Debtor: Tsutomu Wakai<br>☐ Pro Se Debtor | FILED<br>MAY 3 1 2011<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:           Deputy Clerk |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER 13<br><br>CASE NUMBER 2:11-bk-17014-VZ |
| In re<br><br><br>Tsutomu Wakai<br><br>Debtor(s). | **DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS**<br><br>**LOCAL BANKRUPTCY RULE 3015-1(m)** |

I, Tsutomu Wakai _____ (Debtor's name), hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on 4/25/11 _____.

2. I am the owner of real property[1] at the following street address:

   - 14118 Orizaba Avenue #7 _____

     Paramount, CA 90723 _____ (the "Property").

3. The Property is encumbered by the following deeds of trust:

   a. First deed of trust in favor of Wells Fargo Home Mortgage _____.

   b. Second deed of trust in favor of _____ (if applicable).

   c. Third deed of trust in favor of _____ (if applicable).

*(Continued on next page)*

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 3015-1.4**

Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments    **F 3015-1.4**
Local Bankruptcy Rule 3015-1(m) - *Page 2 of 5*

| In re<br>Tsutomu Wakai<br><br>Debtor(s). | CHAPTER 13<br>CASE NUMBER 2:11-bk-17014-VZ |
|---|---|

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| Wells Fargo Home Mortgage | $1,567.15 | 5/1/2011 | 4/29/2011 |
|  | $1,567.15 | 6/1/11 | 5/24/2011 |
| Creditor |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Creditor |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

*(Continued on next page)*

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U. S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5] "Due Date" refers to the last day the Payment can be paid without a late charge penalty.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    **F 3015-1.4**

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*  F 3015-1.4
*Local Bankruptcy Rule 3015-1(m) - Page 3 of 5*

| In re<br>**Tsutomu Wakai**<br>Debtor(s). | CHAPTER 13<br>CASE NUMBER 2:11-bk-17014-VZ |
|---|---|

6. Attached to this declaration are copies of the:

   ☐ cashier's checks,    ☒ money orders,    ☐ certified funds, or

   ☒ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

   ☒ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

   ☐ acknowledgment(s) signed by the Creditor's representative, or

   ☒ other documents that prove delivery of the Payments described in Paragraph 4 above.

   I declare under penalty of perjury that the foregoing is true and correct.

Date   5/25/2011          Signature _____
                                    Tsutomu Wakai
                                    Debtor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                  F 3015-1.4

| Account | Check number | Reference | Posted | Amount |
|---|---|---|---|---|
| 0550041278 | 378 | 000004206652 | 04/29/2011 | $1,567.15 |



WELLS FARGO HOME MORTGAGE

Return Mail Operations
PO Box 14411
Des Moines, IA 50306-3411

**Monthly Mortgage Statement**

Statement Date 04/29/11
Loan Number 0055922629
Property Address
14118 ORIZABA AVE  7
PARAMOUNT CA 90723

## For Informational Purposes

**Customer Service**   Online
wellsfargo.com/ym

Fax                                Telephone
(866) 278-1179              (800) 274-7025

Correspondence        Hours of Operation
PO Box 10335              Mon - Fri, 8 AM - 5 PM CT
Des Moines IA 50306

Payments
PO Box 30427              TTY Deaf/Hard of Hearin
Los Angeles CA 90030   (800) 934-9998

1AT       5762/028797/005979 112 01 AGNW7D 708

TSUTOMU WAKAI
ELISA E WAKAI
14118 ORIZABA AVE 7
PARAMOUNT CA 90723-2698

### Important Messages

This statement is for informational purposes only. Our records indicate that your loan is subject to bankruptcy. The attached coupon reflects the calendar due date, not the contractual due date of the bankruptcy case. If you have any questions regarding your loan, please contact your bankruptcy attorney or our office.

### Summary

| | |
|---|---|
| Payment (Principal and/or Interest, Escrow) | $1,567.15 |
| Optional Product(s) | $0.00 |
| **Current Monthly Payment** | **$1,567.15** |
| Overdue Payments | $0.00 |
| Unpaid Late Charge(s) | $0.00 |
| Other Charges | $0.00 |
| **TOTAL PAYMENT  06/01/11** | **$1,567.15** |

| | |
|---|---|
| Unpaid Principal Balance | $191,915.56 |
| *(Contact Customer Service for your payoff amount)* | |
| Interest Rate | 2.000% |
| Interest Paid Year-to-Date | $1,295.80 |
| Taxes Paid Year-to-Date | $932.63 |
| Escrow Balance | $167.86 |

### Activity Since Your Last Statement

This statement is for informational purposes only and is being provided as a courtesy should you voluntarily decide to make your loan payments. This statement should not be construed as an attempt to collect a debt or a demand for payment contrary to any protections you may have received pursuant to your bankruptcy case.

If you have received a discharge, and the loan was not reaffirmed in the bankruptcy case, we will only exercise our rights as against the property and we are not attempting any act to collect the discharged debt from you personally.

If your Plan requires you to make regular post-petition mortgage payments directly to the Bankruptcy Trustee, and you chose to maintain your mortgage payment, any payment should be remitted to the Trustee or otherwise in accordance with the Plan you filed with the Bankruptcy court.

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 04/29 | PAYMENT | $1,567.15 | $982.86 | $321.50 | $262.79 | |

028797/005979 AGNW7D 5762 ETM1C004 1

```
              NORTH TORRANCE STATION
                TORRANCE, California
                     905049998
                 0544850292 -0096
05/24/2011      (310)324-2975      11:53:11 AM

                 Sales Receipt
Product           Sale    Unit       Final
Description       Qty    Price       Price

LOS ANGELES CA 90030                 $0.44
Zone-1 First-Class
Letter
0.30 oz.
Expected Delivery: Wed 05/25/11
Return Rcpt (Green Card)             $2.30
Certified                            $2.85
Label #:      70110470000292306620
                                    ========
Issue PVI:                           $5.59


Total:                               $5.59

Paid by:
Cash                                 $6.00
Change Due:                         -$0.41

Order stamps at USPS.com/shop or
1-800-Stamp24.  Go to USPS.com/c
to print shipping labels with po
For other information call 1-800
********************************
********************************
Get your mail when and where you
with a secure Post Office Box. S
a box online at usps.com/poboxes
********************************
********************************

Bill#: 1000404394768
Clerk: 15

   All sales final on stamps and postage
   Refunds for guaranteed services only
       Thank you for your business
********************************
********************************
       HELP US SERVE YOU BETT

Go to: https://postalexperienc

   TELL US ABOUT YOUR RECE
       POSTAL EXPERIENCE

     YOUR OPINION COUNTS
********************************
********************************

              Customer Copy
```

**U.S. Postal Service CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

| | |
|---|---|
| Postage | $0.44  0292 |
| Certified Fee | $2.85 |
| Return Receipt Fee (Endorsement Required) | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $5.59 |

Postmark Here — TORRANCE CA NORTH STATION — 05/24/2011

Sent To: Wells Fargo Home Mortg.
Street, Apt. No.; or PO Box No.: P.O. Box 30427
City, State, ZIP+4: LOS ANGELES, CA 90030-0427

PS Form 3800, August 2006    See Reverse for Instructions

---

**UNITED STATES POSTAL SERVICE — CUSTOMER'S RECEIPT**

June/2011 Payment

Pay to: Wells Fargo Home Mortgage
Address: P.O. Box 30427
LOS ANGELES, CA 90030-0427

NOT NEGOTIABLE    KEEP THIS RECEIPT FOR YOUR RECORDS

| Serial Number | Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|---|
| 18793836202 | 2011-05-24 | 905041 | $767.15 | 0015 |

---

**UNITED STATES POSTAL SERVICE — CUSTOMER'S RECEIPT**

June/2011 Payment

Pay to: Wells Fargo Home Mortgage
Address: P.O. Box 30427
LOS ANGELES, CA 90030-0427

NOT NEGOTIABLE    KEEP THIS RECEIPT FOR YOUR RECORDS

| Serial Number | Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|---|
| 18793836191 | 2011-05-24 | 905041 | $800.00 | 0015 |

Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments    **F 3015-1.4**
Local Bankruptcy Rule 3015-1(m) - *Page 4 of 5*

| In re<br>Tsutomu Wakai<br>Debtor(s). | CHAPTER 13<br>CASE NUMBER 2:11-bk-17014-VZ |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
23517 S. Main Street, Suite 107
Carson, CA 90745

A true and correct copy of the foregoing document described as <u>Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On _5-26-2011_ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5/25/2011 | Oscar M. Leus, Esq. 157650 | _[signature]_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    **F 3015-1.4**

Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments    **F 3015-1.4**
Local Bankruptcy Rule 3015-1(m) - *Page 5 of 5*

| In re Tsutomu Wakai | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 2:11-bk-17014-VZ |

**ADDITIONAL SERVICE INFORMATION** (if needed):

Nancy K. Curry
Chapter 13 Trustee
606 S Olive Street
Suite 950
Los Angeles, CA 90014

United States Trustee (LA)
725 S Figueroa Street
26th Floor
Los Angeles, CA 90017