

**FILED & ENTERED**

**JUN 22 2011**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY kaaumoar DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

| | |
|---|---|
| In re:<br><br>Tsutomu Wakai,<br><br><br>Debtor(s). | Case No: 2:11-bk-17014-VZ<br><br>Chapter: 13<br><br>**ORDER DENYING MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f)**<br><br>Date: June 13, 2011<br>Time: 11:00 AM<br>Location:  Courtroom 1368 |

At the above-referenced time and place, the Court held a hearing on the "Motion for Order to Avoid Lien of Second Trustee Deed Holder (J.P. Morgan Chase Bank, N.A.) Under 11 U.S.C. § 522(f)" (the "Motion").  Appearances were as noted on the record.  Based upon the findings and conclusions made at the hearing, IT IS ORDERED that the Motion is denied.

DATED: June 22, 2011

_____
United States Bankruptcy Judge

- 1 -

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER DENYING MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (**"**NEF**"**)** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of ***6/21/11***, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Nancy K Curry (TR)    ecfnc@trustee13.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Debtor's Attorney:**
Oscar M Leus
23517 S Main St #107
Carson, CA 90745

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page