Nancy Curry, Chapter 13 Standing Trustee
606 South Olive Street, Suite 950
Los Angeles, CA 90014
(213) 689-3014  FAX (213) 689-3055
Email: trustee13la@aol.com

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION ||
|---|---|
| In re<br><br>WAKAI, TSUTOMU<br><br><br>Debtor | CHAPTER 13<br><br>CASE NO. 2:11-bk-17014-VZ<br><br>TRUSTEE'S OBJECTION TO CONFIRMATION<br>2% PLAN; DECLARATION; NOTICE OF<br>POSSIBLE DISMISSAL OR CONVERSION<br><br>DATE/TIME: February 13, 2012 09:00 AM<br>Courtroom 1368<br>255 East Temple Street<br>Los Angeles, CA 90012 |

The Trustee objects to confirmation of the plan because all requirements for confirmation as set forth in Title 11 of the United States Code and the Rules have not been met.

The Trustee requests, should all requirements not be met, that confirmation of the plan be denied, the case be dismissed or converted to Chapter 7 and for such other relief as the Court may deem appropriate.

**THE FAILURE OF THE DEBTOR (OR THE ATTORNEY FOR THE DEBTOR) TO APPEAR AT THE CONFIRMATION HEARING, OR TO FULLY COMPLY WITH ALL REQUIREMENTS FOR PLAN CONFIRMATION, MAY RESULT IN DISMISSAL OR CONVERSION OF THE CASE.**

DATED: June 28, 2011                                                                                              /s/ Nancy Curry

   I, Nancy Curry, declare as follows:

1. I am the Trustee in this matter, WAKAI, TSUTOMU , LA 2:11-bk-17014-VZ, and I have personal knowledge of files and records kept by my office in the regular course of business. I have personally reviewed the files and records kept by my office in the within case. The following facts are true and correct and within my own personal knowledge and I could and would testify competently thereto if called upon to do so.

2. I object to confirmation of the proposed plan because of the deficiencies set forth in the attached which is incorporated herein by reference. These deficiencies existed prior to or at the time of the 11 USC §341(a) meeting in this matter.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed at Los Angeles, California on June 28, 2011.                       /s/Nancy Curry

2:11-bk-17014-VZ          WAKAI, TSUTOMU

I oppose plan confirmation because the **Debtor has failed to:**

☐ schedule debts within the limits of 11 USC §109(e); and is therefore **ineligible**

☒ **disclose** [11 USC §521, LBR 1017-1(b)]
  ☐ assets   ☒ creditors   ☐ income   ☐ prior case

☐ **serve all** creditors with notice and the Plan at least 28 days before the 11 USC §341(a) Meeting of Creditors, FRBPs 2002(b), 7004 and LBR 3015-1(b)(3);

☐ provide the Trustee **documentation of all income** (as well as any contributor's income) seven days before the §341(a) Meeting of Creditors.  LBR 3015-1(c)(3), 11 USC § 521;

☐ meet the **business reporting requirements** regarding debtor's business or self employment, LBR 3015-1(c)(4);

☐ provide to the Trustee complete copies of the Federal and State **income tax returns**, 11 USC §§ 1308 and 521, LBR 3015-1(c)(3).

☐ propose a plan that is feasible 11 USC § 1325(a)(6); the plan is **infeasible** because
  ☐ certain claims are not included and/or the amount provided is insufficient
  ☐ income is not sufficient enough to fund it
  ☐ plan payment will not retire debt within term

☒ propose a plan that represents the Debtor's **best effort**
  ☐ unreasonable and/or unnecessary expenses are scheduled
  ☐ the budget surplus exceeds the monthly plan payment
  ☐ excessive income tax is being withheld
  **Plan should be 60 months.**

☐ propose a plan that provides creditors as much as would be received under **Chapter 7** 11 USC §1325(a)(4).

**Misc: Credit report for N/F Spouse and proof of charitable contributions for 6 months.**

## PROOF OF SERVICE OF DOCUMENT

In Re:  WAKAI, TSUTOMU
Case No. LA 2:11-bk-17014-VZ

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:     NANCY CURRY, CHAPTER 13 TRUSTEE
606 S. OLIVE STREET, SUITE 950
LOS ANGELES, CA  90014

The foregoing document described as **TRUSTEE'S OBJECTION TO CONFIRMATION; NOTICE OF POSSIBLE DISMISSAL OR CONVERSION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On June 29, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| **Debtor** | **Attorney for Debtor** |
|---|---|
| WAKAI, TSUTOMU | OSCAR M. LEUS |
| 14118 ORIZABA AVE #7 | 23517 S. MAIN ST, SUITE 107 |
| PARAMOUNT, CA 90723 | CARSON, CA 90745- |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 29, 2011 | Yijing Mu | /s/ Yijing Mu |
|---|---|---|
| Date | Type Name | Signature |

WAKAI, TSUTOMU

14118 ORIZABA AVE #7
PARAMOUNT,CA  90723

OSCAR M. LEUS

23517 S. MAIN ST, SUITE 107
CARSON, CA  90745-