Nancy Curry
Chapter 13 Trustee
606 S. Olive Street, Suite 950
Los Angeles, California 90014
Tel: (213) 689-3014
Fax: (213) 689-3055

FILED & ENTERED

SEP 16 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY tatum  DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | ) Chapter 13 |
| | ) |
| | ) Case No. 2:11-bk-17014-VZ |
| TSUTOMU WAKAI | ) |
| | ) **ORDER DENYING DEBTOR'S MOTION TO** |
| | ) **AVOID JUNIOR LIEN WITH JP MORGAN** |
| | ) **CHASE FOR VALUATION OF SECURITY,** |
| | ) **DETERMINATION OF SECURED STATUS,** |
| Debtor | ) **MODIFICATION OF RIGHTS OF** |
| | ) **LIENHOLDER, AND PERMISSION TO BE** |
| | ) **EXCUSED FROM MAKING POSTPETITION** |
| | ) **MORTGAGE PAYMENTS** |
| | ) |
| | ) Date: September 12, 2011 |
| | ) Time: 11:00 A.M. |
| | ) Place: 255 E. Temple Street, |
| | )         Courtroom 1368 |
| | )         Los Angeles, CA 90017 |

On September 12, 2011 at 11:00 a.m. in Courtroom 1368, 255 East Temple Street, Los Angeles, CA 90012, the Honorable Vincent Zurzolo held a hearing regarding the "Motion to Avoid Junior Lien of JP Morgan Chase, for Valuation of Security, Determination of Secured Status, Modification of Rights of Lienholder, and Permission to be excused from making Postpetition Mortgage Payments" filed by the Debtor.

Appearances were as noted in the record. The Court having considered the pleadings filed and statements made in open Court, and good cause appearing therefor, it is hereby:

ORDERED, that the Motion is DENIED

####

DATED: September 16, 2011

_____
United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.

My business address is:

> NANCY CURRY CHAPTER 13 TRUSTEE
> 606 S. OLIVE STREET, SUITE 950
> LOS ANGELES, CA 90014

The foregoing document described as **ORDER DENYING DEBTOR'S MOTION TO AVOID JUNIOR LIEN WITH JP MORGAN CHASE FOR VALUATION OF SECURITY, DETERMINATION OF SECURED STATUS, MODIFICATION OF RIGHTS OF LIENHOLDER, AND PERMISSION TO BE EXCUSED FROM MAKING POSTPETITION MORTGAGE PAYMENTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On 9/14/2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**Debtor Attorney**
**Oscar M Leus**
23517 S Main St #107
Carson, CA 90745

Debtor
**Tsutomu Wakai**
14118 Orizaba Ave #7
Paramount, CA 90723

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 9/14/2011 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Honorable Vincent P. Zurzolo
U.S. Bankruptcy Court
Bin outside of Suite 1360
255 E. Temple St
Los Angeles, CA

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/14/2011 | Carlos Robles | /s/ Carlos Robles |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER DENYING DEBTOR'S MOTION TO AVOID JUNIOR LIEN WITH JP MORGAN CHASE FOR VALUATION OF SECURITY, DETERMINATION OF SECURED STATUS, MODIFICATION OF RIGHTS OF LIENHOLDER, AND PERMISSION TO BE EXCUSED FROM MAKING POSTPETITION MORTGAGE PAYMENTS** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 9/14/2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

N/A

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

Debtor Attorney
**Oscar M Leus**
23517 S Main St #107
Carson, CA 90745

Debtor
**Tsutomu Wakai**
14118 Orizaba Ave #7
Paramount, CA 90723

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below: